**Electronically Filed
Supreme Court
SCWC-11-0000063
05-JUN-2012
02:10 PM**

SCWC-11-0000063

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

SANDRA M. HEFFELFINGER,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000063; CR. NO. 09-1-1889)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(by: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ., and
Circuit Judge Nishimura, in place of Duffy, J., recused)

Petitioner/Defendant-Appellant Sandra M. Heffelfinger's

application for writ of certiorari, filed on April 23, 2012, is

hereby rejected.

DATED: Honolulu, Hawai'i, June 5, 2012.

Taryn R. Tomasa,
Deputy Public Defender,
on the application for
Petitioner/Defendant-
Appellant.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Rhonda A. Nishimura

